IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RALPH RABE, JOHN NANCE, RITA ALLEN, LLOYD STABER, SR., and ROSEMARY ROBERTS, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC., WALGREEN CO., d/b/a WALGREENS, EXPRESS SCRIPTS, INC., and AMERICAN DRUG STORES, INC., d/b/a OSCO DRUGS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL NO. 05-363-GPM ) ) ) ) ) ) ) ) |

and

| | |
|---|---|
| JOYCE MORGAN, GLORIA KING, CHARLES HESSLING, DOROTHY NEFF, JAMES PATTERSON, and HUGH HOGGINS, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC., WALGREEN CO., d/b/a WALGREENS, K-MART CORPORATION, K-MART CORPORATION OF ILLINOIS, INC., MEDCO HEALTH SOLUTIONS, INC., and CVS PHARMACY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL NO. 05-378-GPM ) ) ) ) ) ) ) ) ) ) |

# ORDER

**MURPHY, Chief District Judge:**

Pursuant to the mandate of the Court of Appeals, this Court's Order dated October 3, 2005

(Doc. 39 in Cause No. 05-378-GPM; Doc. 50 in Cause No. 05-363-GPM) which awarded fees and costs to Plaintiffs is **VACATED**.

    **IT IS SO ORDERED.**

    DATED:  03/16/06

                                      s/ G. Patrick Murphy
                                      G. PATRICK MURPHY
                                      Chief United States District Judge